THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00214-MR-DLH

LINDA K. PRESNELL,             )
                               )
            Plaintiff,         )
                               )
     vs.                       )         **O R D E R**
                               )
                               )
CAROLYN W. COLVIN, Acting      )
Commissioner of Social Security, )
                               )
            Defendant.         )
_____)

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 9].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 9] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**          Signed: January 9, 2015

Martin Reidinger
United States District Judge