# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **LINDA K. PRESNELL,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00214-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2015 Order.

January 9, 2015

Frank G. Johns, Clerk
United States District Court